## JACKSON *v.* THE STATE.

GRICE, Justice. 1. On the trial of a person accused of the crime of rape, the person alleged to have been assaulted having testified that directly after the assault she went to a hospital where she was given an injection of a strong solution in her female organs, and that "that return came back and ran over my hand. I especially did that for a purpose. Semen, discharge was in that solution"—an objection to the testimony on the ground that the semen itself would be the highest and

best evidence, and that the evidence amounted to a mere conclusion, was properly overruled.

2. The evidence authorized the verdict.

*Judgment affirmed. All the Justices concur.*

No. 14975. JANUARY 5, 1945.

*Francis Y. Fife* and *Burress & Dillard,* for plaintiff in error.

*T. Grady Head, attorney-general, John A. Boykin, solicitor-general, E. E. Andrews, Durwood T. Pye,* and *Victor Davidson, assistant attorney-general,* contra.